In the Matter of the Accounting of MARY M. KNEESKERN, as Administratrix of the Estate of MAGGIE K. SMITH, Deceased.

OLLIE KNEESKERN as Executrix of MARY M. KNEESKERN, Deceased, Appellant and Respondent.

FRED S. LATHERS et al., as Administrators of the Estate of JONAS S. SMITH, Deceased, Respondents and Appellants.

(Argued January 27, 1933; decided April 11, 1933.)

*Edward R. Hall* for Ollie Kneeskern, as executrix, appellant and respondent.

*T. Cuthell Calderwood* for Fred S. Lathers et al., respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not voting: HUBBS, J.